Sheppard v. Miller.

years' rent, which was the only dispute between the parties, and the paper was not even communicated to the jury at large.

KINSEY, C. J. If the paper had been delivered to the jury at the bar without consent, it would have been error; and—

PER CUR. The judgment must be reversed, because it appears that this paper, although of little or no consequence, yet relating to the cause, was delivered to the jury after they had retired, and under a deception.

Judgment reversed.

*Davenport,* for plaintiff in *certiorari.*

* * *

[402] SHEPPARD v. MILLER.

If the justices of Sessions omit to state the entire case, the proper mode of supplying the omission is, in the first place, by application to them; if they refuse, *semble,* that the Supreme Court may direct affidavits to be taken.

On *certiorari* to the Sessions of Cumberland.

*H. Stockton,* on a suggestion of diminution in the return of the justices, prayed leave to supply the omission by taking affidavits, alleging that the justices would not amend.

PER CUR. You must first apply to the justices; if they refuse your application, it may be proper.